**Order entered June 5, 2013**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00040-CV

## COLLECTIVE ASSET PARTNERS LLC, Appellant

## V.

## MICHAEL KEN SCHAUMBURG AND SCHAUMBURG ARCHITECTS, P.C., Appellees

**On Appeal from the 193rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-12-13199**

## ORDER

We **GRANT** the May 23, 2013 motion of Robert J. Myers, Mark C. Hill, and Austin F. Pennington and the firm of Myers Hill to withdraw as counsel of record for appellees, Michael Ken Schaumburg and Schaumburg Architects, P.C. We **DIRECT** the Clerk of this Court to remove Robert J. Myers, Mark C. Hill, and Austin F. Pennington and the firm of Myers Hill as counsel of record for appellees.

While appellee, Michael Ken Schaumburg may represent himself in this appeal, appellee Schaumburg Architects, P.C. is a corporation and may only appear in this Court through an attorney. *See Kunstoplast of Am., Inc. v. Formosa Plastics Corp.*, 937 S.W.2d 455, 456 (Tex. 1996) (per curiam). Accordingly, we **ORDER** appellees to notify the Court, within **THIRTY**

**DAYS** of the date of this order, of the name, State Bar number, address, and telephone number of new counsel.

Appellees shall file their brief within **SIXTY DAYS** of the date of this order. If appellees do not file a brief within the time specified, the appeal will be submitted without an appellees' brief. We caution appellee, Schaumburg Architects, P.C., that it may only submit a brief through counsel. If appellee Michael Ken Schaumburg files a pro se brief, the brief will apply to him individually and not to appellee Schaumburg Architects, P.C.

We **DIRECT** the Clerk of this Court to send a copy of this order to counsel for appellant and to appellees at the following address:

817 W. Daggett Ave.
Fort Worth, Texas 76104

/s/    CAROLYN WRIGHT
        CHIEF JUSTICE